### Roscoe Ferguson v. The State.

No. 4988.   Decided April 10, 1918.

1.—Theft Over the Value of Fifty Dollars—Motion for New Trial—Bill of Exceptions.

Where the bill of exceptions reserved to the action of the court in overruling the motion for new trial added nothing thereto, nor undertook to verify any statements made therein, nor to detract from same, the same could not be considered on appeal.

2.—Same—Statement of Facts—Questions and Answers.

A statement of facts made up of questions and answers can not be considered on appeal and must be stricken from the record, and the judgment below affirmed.

Appeal from the District Court of Galveston. Tried below before the Hon. Clay S. Briggs.

Appeal from a conviction of theft over the value of fifty dollars; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.—On question of statement of facts in question and answer form: Hawkins v. State, 77 Texas Crim. Rep., 520, 179 S. W. Rep., 448; Foster v. State, 79 Texas Crim. Rep., 327, 185 S. W. Rep., 1.

On question of motion for new trial in the absence of statement of facts and bills of exception: Parker v. State, 163 S. W. Rep., 81; Marsh v. State, 131 S. W. Rep., 1067; Ehrhardt v. State, 133 S. W. Rep., 682; Butler v. State, 136 S. W. Rep., 769; Cruz v. State, 172 S. W. Rep., 790.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of theft of property over $50 and given five years in the penitentiary.

There is but one bill of exception in the record and this was reserved to the action of the court in overruling the motion for new trial. This bill adds nothing to the motion for new trial, nor does it undertake to verify any statements made in the motion. The bill does not change, add to or detract from the contents of the motion for new trial.

The Assistant Attorney General moves to eliminate the statement of facts from consideration because it is made up of questions and answers. An inspection of the statement of facts shows his position is sustained. Under the authorities the statement of facts can not be considered. The motion of the Assistant Attorney General will, therefore, be sustained.

In the absence of statement of facts under the condition of the record, there is no question presented that can be reviewed. The judgment will be affirmed.

*Affirmed.*